1
2
3
4                              UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6
7    MELVIN SMITH,                              Case No.  15-cv-01779-DMR
                    Plaintiff,
8
          v.                                    **SUA SPONTE JUDICIAL REFERRAL**
9                                               **FOR PURPOSES OF DETERMINING**
                                                **RELATIONSHIP OF CASES**
10   WELLS FARGO BANK, N.A., et al.,
                    Defendants.                 Re: Dkt. No. 1
11
12
13          On April 20, 2015, Defendants removed this action to federal court.  Pursuant to Civil

14   Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Gilliam to determine whether it

15   is related to *Smith v. Wells Fargo*, 15-cv-639-HSG.

16
17          **IT IS SO ORDERED.**
18
19   Dated: April 23, 2015
20                                              _____
21                                                      Donna M. Ryu
                                                  United States Magistrate Judge
22
23
24
25
26
27
28