UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 15-cv-00639-HSG<br><br>**ORDER DETERMINING CASES ARE NOT RELATED**<br><br>Re: Dkt. No. 36 |

Before the Court is a *sua sponte* judicial referral for the purpose of determining whether *Smith v. Wells Fargo Bank, N.A. et al*, numbered 15-cv-01779-YGR, is related to the above-captioned matter. The time to file an opposition or statement of support has passed.

The Court finds that these cases are not related under Civil Local Rule 3-12(a)(2), which provides that cases are related if "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Because the above-captioned matter was terminated on April 24, 2015 prior to the issuance of any substantive rulings by this Court, there will be no duplication of labor and expense or risk of conflicting results if the cases are conducted before different judges.

**IT IS SO ORDERED.**

Dated: 10/28/2015

                  _____
                  HAYWOOD S. GILLIAM, JR.
                  United States District Judge