United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MELVIN SMITH**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**WELLS FARGO BANK, N.A., ET AL.**,<br><br>　　　　Defendants. | Case No. 15-cv-01779-YGR<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Re: Dkt. No. 39 |

Defendant requests permission to appear by telephone at the Case Management Conference ("CMC") set for February 29, 2016. The basis for the request is to reduce expenses associated with counsel's travel from Southern California for the CMC. The request is **DENIED**. The Court directs counsel to review the Court's Standing Order in Civil Cases, which provides:

> These conferences are intended to be substantive and productive. Accordingly, each party shall be represented at case management conferences by lead trial counsel or counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions. Because of the substantive discussions that occur during case management conferences, telephonic appearances are disfavored. **The Court will grant requests to appear by telephone only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.**

Standing Order in Civil Cases § 6 (emphasis supplied).[1]

This Order terminates Docket Number 39.

**IT IS SO ORDERED.**

Dated: February 23, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court previously informed the parties that personal appearances are typically required. (*See* Dkt. No. 25 at 2.)