UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/29/16 | **Time:** 2:05pm-2:18pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-01779-YGR | **Case Name:** Smith v. Wells Fargo Bank, N.A. | |

**Attorney for Plaintiff:** Nelson Goodell
**Attorney for Defendant:** Viddell L. Heard

**Deputy Clerk:** Frances Stone          **Court Reporter:** NOT REPORTED

## PROCEEDINGS

CMC- held in chambers