UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELVIN SMITH**,

        Plaintiff,

  v.

**WELLS FARGO BANK, N.A., ET AL.**,

        Defendants.

Case No. 15-cv-01779-YGR

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

The Court held a Case Management Conference in the above-captioned action earlier today. As discussed at the Conference, the Court **ORDERS** as follows:

The Court **SETS** a compliance hearing regarding the parties' anticipated stipulation to a magistrate judge on Friday, **March 18, 2016** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. **Five (5) business days prior** to the date of the compliance hearing, the parties shall file either: (1) a joint stipulation to a magistrate judge of the parties' choosing for all purposes; or (2) a joint statement indicating the parties could not agree to referral to a magistrate judge for all purposes. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The case is hereby **REFERRED** to court mediation to be completed within ninety (90) days of the date of this Order.

A further Case Management Conference is set for **June 20, 2016** at 2 p.m.

**IT IS SO ORDERED.**

Dated: February 29, 2016

                                              **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**

cc: ADR Unit

United States District Court
Northern District of California