UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELVIN SMITH**,

    Plaintiff,

v.

**WELLS FARGO BANK, N.A., ET AL.**,

    Defendants.

Case No. 15-cv-01779-YGR

**ORDER SETTING TRIAL SCHEDULE; VACATING CASE MANAGEMENT CONFERENCE; DENYING REQUEST TO APPEAR TELEPHONICALLY AS MOOT**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the joint case management statement. Given the nature of the action, the Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 18, 2016 at 2:00 p.m. |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | Tuesday, October 11, 2016 |
| COMPLIANCE HEARING (AS DEFINED HEREIN) | Monday, November 21, 2016, at 2:01 p.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, December 2, 2016 |
| PRETRIAL CONFERENCE: | Friday, December 16, 2016 at 2:00 p.m. |
| TRIAL DATE AND LENGTH: | Monday, January 9, 2017 at 8:30 a.m. for four days (Jury Trial) |

The parties shall meet and confer and provide the Court with a joint statement regarding cut-off dates for expert and non-expert discovery in light of the trial date. Parties shall file the same no later than Monday, June 20, 2016.

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Monday, November 21, 2016 at 2:01 p.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. No later than Monday, November 14, 2016, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

The Court **VACATES** the Case Management Conference currently set for June 20, 2016.

The Court **DENIES** as moot defendant Wells Fargo Bank, N.A.'s motion to appear at the Case Management Conference telephonically.

This Order terminates Docket Numbers 49 and 50.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**