UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN SMITH**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**WELLS FARGO BANK, N.A., ET AL.**,<br><br>　　　　　　Defendants. | Case No.  15-cv-01779-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S STANDING ORDER IN CIVIL CASES; AUTHORIZING DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 62 |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Counsel for the above-named party is hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200.00 for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party.  This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Defendant Wells Fargo Bank, N.A. filed its pre-filing conference letter on August 10, 2016, and offered two dates for a pre-filing conference.  (Dkt. No. 62.)  To date, plaintiff has failed to file a response to that letter.

A hearing on this Order to Show Cause shall be held on **Friday, August 26, 2016** at **9:01 a.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  By **Friday,**

**August 19, 2016,** Counsel must file a written response to this Order to Show Cause explaining counsel's failure to comply with the Court's Standing Order. Failure to comply will be deemed a concession that sanctions are appropriate. If the Court is satisfied with the written response, the hearing on this Order to Show Cause may be vacated.

The Court **AUTHORIZES** defendant to file its proposed motion.

**IT IS SO ORDERED.**

Dated: August 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**